# In The United States Court of Federal Claims

No. 13-500C

(Filed: September 16, 2013)

_____

THE HANOVER INSURANCE
COMPANY,

                Plaintiff,

   v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

      On September 12, 2013, defendant filed an unopposed motion for an enlargement of 45 days to file a response to plaintiff's complaint.  The motion is hereby **GRANTED,** in part.  Accordingly, on or before November 15, 2013, defendant shall file its response.  **No further enlargements of this deadline will be granted**.

      **IT IS SO ORDERED.**

                                                        s/ Francis M. Allegra
                                                        Francis M. Allegra
                                                        Judge