# In The United States Court of Federal Claims

No. 13-500C

(Filed:  September 23, 2013)

_____

THE HANOVER INSURANCE
COMPANY,

                Plaintiff,

    v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

On September 20, 2013, plaintiff filed an unopposed motion to transfer and consolidate this case with another case, *Lodge Construction, Inc. v. United States*, No. 1:13-cv-00499-MMS, currently pending before Judge Margaret M. Sweeney.  Based on a review of plaintiff's motion, the motion is hereby **GRANTED**, in part.  Accordingly, this case is hereby transferred to Judge Margaret M. Sweeney for further proceedings.  The Clerk is directed to effectuate the transfer.

      **IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge